UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL JONES, | Case No. 2:17-CV-01166-KJM-KJN |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO CONTINUE ~~MEDIATION~~ **SETTLEMENT CONFERENCE** |
| v. | |
| TIFFANY & COMPANY, and DOES 1 through 50, inclusive, | Hon. Edmund F. Brennan<br>Dept.: Courtroom 8 |
| Defendant. | |

### ORDER

Defendant TIFFANY AND COMPANY (erroneously sued as "Tiffany & Company") ("Defendant") and Plaintiff MICHAEL JONES ("Plaintiff"), by and through their counsel of record, submitted a Stipulation to Continue Mediation.

GOOD CAUSE APPEARING the Court hereby approves this Stipulation. The parties' new ~~mediation~~ settlement conference date is May 17, 2018 at 10:00 a.m. in Courtroom No. 8.

**IT IS SO ORDERED**

Dated: February 7, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

[~~PROPOSED~~] ORDER TO CONTINUE ~~MEDIATION~~ **SETTLEMENT CONFERENCE**;
*Jones v. Tiffany & Company*

2.    Case No. 17-CV-01166-KJM-KJN