# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| MICHAEL JONES, | No. 2:17-cv-1166-KJM-KJN |
| --- | --- |
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE |
| TIFFANY AND COMPANY, | |
| Defendant. | |

On May 17, 2018, the above-captioned case settled at a settlement conference conducted before the undersigned. ECF No. 15. On May 18, 2018, the court issued an order directing the parties to file dispositional documents within thirty (30) days. ECF No. 16. The time for doing so has now expired and no dispositional documents have been filed.

Accordingly, counsel for all parties are ORDERED TO SHOW CAUSE not later than fourteen (14) days from the date of this order why sanctions should not be imposed for failure to comply with the court's order directing the parties to file dispositional documents.

SO ORDERED.

DATED: July 25, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE