1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL JONES,                          No. 2:17-cv-1166-KJM-KJN

12                  Plaintiff,

13           v.                               ORDER AND ORDER FOR SANCTIONS

14    TIFFANY & COMPANY, et al.,

15                  Defendants.

16

17          This case settled on May 17, 2018, at a settlement conference conducted in chambers

18    before the undersigned.  On May 18, 2018, the court issued an order directing the parties to

19    submit documents disposing of the case within thirty (30) days.  On July 25, 2018, after the

20    parties failed to comply or otherwise respond to the court's order, counsel were ordered to show

21    cause why sanctions should not be imposed for their failure to comply with court orders.  To date,

22    no response has been filed by counsel for any party.  Accordingly, they are in violation of the

23    court's order.

24          Counsel for both parties are therefore sanctioned in the amount of one hundred fifty

25    ($150) dollars.  *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these

26    Rules or with any order of the Court may be grounds for imposition by the Court of any and all

27    sanctions authorized by statute or Rule or within the inherent power of the Court.").  This sum

28    shall be paid to the Clerk of the Court no later than thirty days from the date of this order.

1  Counsel shall file an affidavit accompanying the payment of this sanction which states that it is

2  paid personally by counsel, out of personal funds, and is not and will not be billed, directly or

3  indirectly, to the client or in any way made the responsibility of the client as attorneys' fees or

4  costs.

5        The parties shall also file documents disposing of this case within thirty (30) days.

6  Counsel is cautioned that further failures to comply may result in a finding and certification to the

7  district court of civil contempt. *See Reno Air Racing Ass'n, Inc. v. McCord*, 452 F.3d 1126. 1130

8  (9th Cir. 2006) (Civil contempt "consists of a party's disobedience to a specific and definite court

9  order by failure to take all reasonable steps within the party's power to comply.").

10        So Ordered.

11  DATED:  September 4, 2018.

12                  EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE