UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JONES,<br><br>  Plaintiff,<br><br>  v.<br><br>TIFFANY & COMPANY, et al.,<br><br>  Defendants. | No. 2:17-cv-1166-KJM-KJN<br><br>ORDER TO SHOW CAUSE IN RE: CONTEMPT |

The court ordered counsel for both parties to pay monetary sanctions in the amount of $150 for violation of the court's earlier order. ECF No. 18. Defense counsel has filed a declaration stating that she has complied with the order to pay the sanction. ECF No. 20. Plaintiff's counsel has not paid the sanction nor has she filed anything in response to the court's order. Nor has she responded to the court's earlier order to show cause. Further, plaintiff's counsel has not responded to numerous communications by defense counsel in an effort to complete the filing of dispositional documents. ECF No. 20 at ¶¶ 3 & 4.

According, plaintiff's counsel, Vicki E. Cody, is hereby ordered to appear in person on October 17, 2018, at 10:00 a.m. in Courtroom No. 8, to show cause why she should not be held in contempt for her violations of the court's orders filed on September 5, 2018 (ECF No. 18) and May 18, 2018 (ECF No. 16).

DATED: October 10, 2018.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE